On respondent SAIF's and respondent Bohemia, Inc.'s motion for reconsideration filed May 26, and petitioner International Paper's petition for review filed May 31, reconsideration on petition for review denied, respondents' motion for reconsideration allowed, former opinion (91 Or App 91, 754 P2d 589), modified and adhered to as modified August 17, petition for review denied November 1, 1988 (307 Or 101)

In the Matter of the Compensation of
Harold Turner, Claimant.
INTERNATIONAL PAPER COMPANY,
*Petitioner,*

*v.*

TURNER et al,
*Respondents.*

(WCB 83-09731, 84-02465; CA A39913)

759 P2d 322

Linda DeVries Grimms, Assistant Attorney General, Salem, Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem, for respondents on motion for reconsideration.

Paul L. Roess, Coos Bay, and Foss, Whitty & Roess, Coos Bay, for petitioner's petition for review.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

**PER CURIAM**

International Paper Co. has filed a petition for review and SAIF and Bohemia, Inc., have filed a motion for reconsideration of our opinion. 91 Or App 91, 754 P2d 589 (1988). We deny reconsideration on the petition. We allow reconsideration on the motion for the purpose of modifying our opinion by expressly finding that claimant's present disability is due to an aggravation of a compensable injury which he suffered while he was employed by International Paper. The additional benefits due under our former opinion are payable by International Paper.

Reconsideration on petition for review denied; motion for reconsideration allowed; opinion modified and adhered to as modified.